**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

## CHAPTER 13 PLAN AND COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | November 6, 2014 | Docket #: | 14-15219-WCH |
| Debtor: | **Mary E. Crowley** | Co-Debtor: | |
| SS#: | XXX-XX-1944 | SS#: | |

| | | |
|---|---|---|
| Address: | | **Mailing Address:** |
| | 7 Covelli Avenue | **PO Box 169** |
| | Onset, MA  02558 | **Onset, MA  02558** |

| | |
|---|---|
| Debtor's Counsel: | Vicki L. Mitchell, Esquire |
| | BBO# 550708 |
| Address: | Merchant Square |
| | P.O. Box 1048 |
| | Sandwich, MA  02563-1048 |
| Telephone #: | 508-888-4094 |
| Facsimile #: | 508-833-3806 |
| Email: | mitchelllaw@cape.com |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE.  THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS.  THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE OR HAVE RECEIVED A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. §'341.  THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**UNITED STATES BANKUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**CHAPTER 13 PLAN**          Docket #: 14-15219-WCH

DEBTORS:  (H)                                                    SS#

(W)    **Mary E. Crowley**              SS#    XXX-XX-1944

TERM OF THE PLAN **60** Months
(If the plan is longer than thirty-six (36) months, a statement of
cause pursuant to 11 U.S.C. §1322(d) must be attached hereto.)

*Pursuant to 11 U.S.C. §1322(d), the Debtor(s) state(s) that he/she requires a Sixty (60) month plan because of his/her monthly income to expense ratio.*

PLAN PAYMENT:    Debtor(s) to pay monthly: **$2,002.00**

I.    SECURED CLAIMS

A.    CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of claim (pre-petition arrears, purchase money, etc.) | Amount of claim |
|---|---|---|
| 1. Bank of America | Pre-Petition Mortgage Arrears | $     0.00 (7 Covelli Ave)* |
| 2. Rockland Trust | Pre-Petition Mortgage Arrears | $57,652.99 (3 Properties) |
| 3. Ocwen Loan Servicing | Pre-Petition Mortgage Arrears | $     0.00 (18 Railroad) |
| 4. TD Bank | Pre-Petition Mortgage Arrears | $     0.00 (104 Onset Ave) |
| 5. Mass. Dept. of Revenue | Mass. State Tax Lien | $ 9,699.09 |

*In July 2014 the Debtor submitted a loan modification application to Bank of America through American Mitigation services. The loan modification has not yet been approved, however the Debtor intends to continue perusing the modification and will file a motion for approval of same.

Total of secured claims to be paid through the Plan    $67,352.08

B.    CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| 1. Bank of America | Post-Petition Mortgage Payments |
| 2. Rockland Trust | Post-Petition Mortgage Payments |
| 3. Ocwen Loan Servicing | Post-Petition Mortgage Payments |
| 4. TD Bank | Post-Petition Mortgage Payments |

II.  **PRIORITY CLAIMS**

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| 1. Internal Revenue Service | 2011 Form 1040 Taxes | $10,678.10 |
| 2. Town of Wareham | 2013-2014 Sewer/Water Tax | $ 5,354.90 |
| 3. | | $ |

Total of priority claims to be paid through the plan    $16,033.00

III.  **ADMINISTRATIVE CLAIMS**

A. Attorneys fees  to VICKI L. MITCHELL, ESQ. (to be paid through the plan): $500.00
(to be paid in first 12 months of plan)

B. Miscellaneous fees:    None

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| 1. None | | $0.00 |
| 2. | | $ |

C. The chapter 13 trustee's fee is determined by order of the United States Attorney General.  The calculation of the Plan payment set forth below utilizes a 10% trustee's commission. In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

IV.  **UNSECURED CLAIMS**

The general unsecured creditors shall receive a dividend of   100%
of their claims.

A. General unsecured claims:    $24,210.05

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| 1. None | | $0.00 |
| 2. | | $ |

Total of A + B general unsecured claims:    $24,210.05

C.    Multiply total by percentage of dividend:    $24,210.05
(Example:  Total of $38,500.00 x .22 dividend = $8,470.00)

D.    Separately classified unsecured claims (co-borrower/student loan, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| 1.  None | Non-Dischargeable Student Loan | $0.00 |
| 2. | | $ |
| 3. | | $ |
| | Total: | $ |

Total amount of separately classified
claims payable at  100%                                                                  $0.00

V.    OTHER PROVISIONS

    A.    Liquidation of assets to be used to fund plan:    Not Applicable

    B.    Modification of Secured Claims:  Set forth details of modifications below or on attached sheets.  This information should include name of creditor and detailed explanation of the modification.  The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

    Not Applicable

C. Miscellaneous provisions:    *Pursuant to 11 U.S.C. §1322(d), the debtor(s) require a sixty (60) month plan because of the debtor's monthly income to expense ratio.*

VI. CALCULATION OF PLAN PAYMENT

a.    Secured claims (Section I-A Total):    $67,352.08

b. Priority claims (Section II Total): +$16,033.00

c. Administrative claims (Section III A + B Total): +$ 500.00

d. General unsecured claims (Section IV-C Total): +$24,210.05

e. Separately classified unsecured claims
(Section IV-D Total): +$ 0.00

f. Total of (a) through (e) above: =$108,095.13

g. Divide (f) by .90 for total including
Trustee's fee: **$12,010.57** Cost of Plan =$120,105.70
(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g) Cost of Plan by Term of plan: **60** months

i. Round up to nearest dollar: Monthly Plan Payment: **$2,002.00**
(Enter this amount on page 1)

Pursuant to 11 U.S.C. 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

## LIQUIDATION ANALYSIS

I. Real Estate: *Please see Schedules "A" & "D"*

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 1. *Total six (6) properties* | $1,270,000.00 | $896,861.94 |
| 2. | $ | $ |
| 3. | $ | $ |

Total Net Equity for Real Property: $373,138.06

Less Exemptions (Schedule C): $ 0.00

Available Chapter 7: $373,138.06

II. Automobile (Describe year, make and model):

1. 1999 Audi Quattro 4   Value $658.00   Lien $ 0.00   Exemption $ 0.00

2.   Value $   Lien $   Exemption $

Net Value of Equity: $658.00

| | | |
|---|---|---|
| Less Exemptions (Schedule C): | $658.00 | |
| Available Chapter 7: | $ 0.00 | |

III. All other Assets (All remaining items on Schedule B):
(Itemize as necessary)

| | | |
|---|---|---|
| Value: $11,020.54 | Less Exemptions (Schedule C): | $ 11,020.54 |
| | Available Chapter 7: | $ 0.00 |
| SUMMARY (Total amount available under Chapter 7): | | $373,138.06 |

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $373,138.06

Additional Comments regarding Liquidation Analysis: None

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_/s/ Vicki L. Mitchell_____ Debtor's Counsel    Date: November 24, 2014
/s/Vicki L. Mitchell, Esquire
BBO# 550708
P.O. Box 1048
Sandwich, MA  02563-1048

Telephone #: 508-888-4094
Facsimile:    508-833-3806
Email:        mitchelllaw@cape.com

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/Mary E. Crowley
Mary E. Crowley, Debtor                              Date: November 24, 2014

/s/_____
Debtor                                               Date:

## CERTIFICATE OF SERVICE

I, Vicki L. Mitchell, attorneys for the Debtor(s), hereby certify that on _November 24, 2014_, a copy of the foregoing Debtor's Chapter 13 Plan was electronically filed pursuant to Electronic Filing Rule 9; faxed pursuant to MLBR 5005-4 or mailed (via first class mail postage prepaid) to the below listed parties that are not electronically registered.

Clerk's Office
United States Bankruptcy Court
John W. McCormack Post Office & Court House
5 Post Office Square, 11th Floor
Boston, MA  02109

Carolyn Bankowski, Esq.
Chapter 13 Trustee
Chapter 13 Trustee's Office
P.O. Box 8250
Boston, MA  02114-0033

All creditors and interested parties on debtor's Master Mailing List attached hereto.

/s/Vicki L. Mitchell, Esquire

BANK OF AMERICA, N.A.
PO BOX 15222
WILMINGTON, DE 19886

BERKSHIRE HEALTH SYSTEMS
PO BOX 4999
PITTSFIELD, MA 01202

CHASE BANK USA, N.A.
CREDITORS BANKRUPTCY SVC.
PO BOX 740933
DALLAS, TX 75374

CITIBANK, NA CITICARDS
CITI AT&T UNIVERSAL MASTERCARD
PO BOX 182564
COLUMBUS, OH 43218

FALMOUTH HOSPITAL
PO BOX 55395
BOSTON, MA 02205

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

JACK MIKELS & ASSOC.
FOR: ROCKLAND TRUST
1 BATTERYMARCH PARK
STE. 309
QUINCY, MA 02169

MASS. DEPT. OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
BOSTON, MA 02114

NATIONWIDE CREDIT, INC.
FOR: CHASE BANK USA
PO BOX 26314
LEHIGH VALLEY, PA 18002

NCB MANAGEMENT
FOR: BANK OF AMERICA
PO BOX 1099
LANGHORNE, PA 19047

OCWEN LOAN SERVICING
PO BOX 79135
PHOENIX, AZ 85062

SOUTHCOAST HOSP. GROUPS
PO BOX 11357
BOSTON, MA 02211

TD BANK MASSACHUSETTS
PO BOX 8400
LEWISTON, ME 04243

TOWN OF WAREHAM
TREASURER/COLLECTOR
PO BOX 981055
BOSTON, MA 02298

UNITED COLLECTIONS BUREAU
FOR: CITIBANK/AT&T CITI
PO BOX 140310
TOLEDO, OH 43614